**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **University Place Rehabilitation Center, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1660099** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **C/O Orse & Co., Inc.** <br> **1932 First Ave., Ste 1088** <br> **Seattle, WA 98101** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **King** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 23-11141-TWD    Doc 1    Filed 06/21/23    Ent. 06/21/23 13:22:03    Pg. 1 of 85

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>  8051  </u>

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | | | | |
|---|---|---|---|---|
| District | **W.D. Washington** | When | **12/18/20** | Case number | **20-42793** |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | **See Attachment** |

Relationship _____

District _____　When _____　Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.　Insurance agency _____

　　　　　Contact name _____

　　　　　Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Case 23-11141-TWD    Doc 1    Filed 06/21/23    Ent. 06/21/23 13:22:03    Pg. 4 of 85

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 12, 2023**
MM / DD / YYYY

X **/s/ Samuel Zach**
Signature of authorized representative of debtor

**Samuel Zach**
Printed name

Title **Member**

**18. Signature of attorney**

X **/s/ J. Todd Tracy WSBA**
Signature of attorney for debtor

Date **June 21, 2023**
MM / DD / YYYY

**J. Todd Tracy WSBA #17342**
Printed name

**The Tracy Law Group PLLC**
Firm name

**1601 Fifth Ave. Ste 610**
**Seattle, WA 98101**
Number, Street, City, State & ZIP Code

Contact phone **206-624-9894**   Email address _____

**WSBA #17342 WA**
Bar number and State

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter   **7**

☐ Check if this an
amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | |
| --- | --- | --- | --- |
| Debtor | **Renton Healthcare Rehabilitaton Center, LLC** | Relationship to you | _____ |
| District | _____ When _____ | Case number, if known | _____ |
| Debtor | **Talbot Rehabilitation Center, LLC** | Relationship to you | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**Fill in this information to identify the case:**

Debtor name    **University Place Rehabilitation Center, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 21, 2023**    X **/s/ Samuel Zach**
   Signature of individual signing on behalf of debtor

   **Samuel Zach**
   Printed name

   **Member**
   Position or relationship to debtor

Official Form 202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Debtor name __**University Place Rehabilitation Center, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF WASHINGTON__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................. $ _____**0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................... $ _____**0.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................. $ _____**0.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____**0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ ___**1,387,547.56**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ ___**6,677,015.17**

4.  **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b                                                                    $ ___**8,064,562.73**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **University Place Rehabilitation Center, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

Fill in this information to identify the case:

Debtor name     **University Place Rehabilitation Center, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Ops.**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$849,934.35** | **$849,934.35** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>**WA Dept of Revenue**<br>**Bankruptcy & Claims Unit**<br>**2101  4th Ave #1400**<br>**Seattle, WA 98121** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$370,123.61** | **$297,430.26** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number **0914**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Case 23-11141-TWD    Doc 1    Filed 06/21/23    Ent. 06/21/23 13:22:03    Pg. 13 of 85

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $167,489.60 | $167,489.60 |
|-----|--|--|--|--|

**WA State Department**
**of Labor & Industries**
**Bankruptcy Unit**
**PO Box 44171**
**Olympia, WA 98504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6351**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.**   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|--|--|--|--|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|--|--|--|--|

**3WIRE LLC**
**PO Box 102205**
**Pasadena, CA 91189-2205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|--|--|--|--|

**A AND R PRESSURE WASHING-STEAM**
**PO BOX 45312**
**TACOMA, WA 98448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|--|--|--|--|

**A Plus Healthcare LLC**
**6721 Regents BLVD**
**Tacoma, WA 98466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,320.84 |
|--|--|--|--|

**ACCELERATED CARE PLUS (RENT)**
**13828 COLLECTIONS CTR DR**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **I069**

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,449.11 |
|--|--|--|--|

**ADP INC**
**PO BOX 842875**
**Boston, MA 02284-2875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275,000.00 |
|---|---|---|---|

**Advance Business Capital**
701 Canyon DR #105
Coppell, TX 75019

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Air Management Soultions LLC**
5822 W Werner Rd
Bremerton, WA 98312

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.25 |
|---|---|---|---|

**AIRE PRO INC**
2921 MERIDIAN AVENUE E
Puyallup, WA 98371

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,954.47 |
|---|---|---|---|

**ALLSCRIPTS**
24630 NETWORK PLACE
Chicago, IL 60673-1246

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALLSTREAM**
PO BOX 734521
CHICAGO, IL 60673-4521

Date(s) debt was incurred _
Last 4 digits of account number __2607__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $469.42 |
|---|---|---|---|

**American Landscape Services, LLC**
P.O. Box 8327
Lacey, WA 98509-8327

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMERICAN TECH CORP**
PO BOX 39036
LAKEWOOD, WA 98499

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMF FINANCIAL SERVICES**
**405 S SCIENCE DRIVE**
**Moorpark, CA 93021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,664.00 |
|---|---|---|---|

**AMN HEALTHCARE ALLIED INC**
**PO BOX 281939**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANN KERSHUL c/o UNIVERSITY PL.**
**5520 BRIDGEPORT WAY W #2041**
**UNIVERSITY PLACE, WA 98467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.00 |
|---|---|---|---|

**APA Benefits**
**8899 S 700 East #225**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,925.00 |
|---|---|---|---|

**APPLOI CORP**
**450 Lexington Ave #839**
**New York NY   10163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.54 |
|---|---|---|---|

**Asset Protection Unit, Inc**
**P.O. Box 33061**
**Amarillo, TX 79120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.00 |
|---|---|---|---|

**ASURINT**
**1111 SUPERIOR AVENUE E.**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,124.02 |

**ATS TRANS, LLC**
**2220 S TACOMA WAY STE B**
**Tacoma, WA 98409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,789.43 |

**AUBURN MECHANICAL,INC**
**PO BOX 249**
**Auburn, WA 98071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Avalon Health Care Group**
**206 N 21000 West**
**Salt Lake City, UT 84116**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Axiom Healthcare Group**
**2351 Sunset Blvd #170-897**
**Rocklin, CA 95765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,752.02 |

**Bank Direct Capital Finance**
**150 N Field DR #190**
**Lake Forest, IL 60045-0230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,760.03 |

**BankDirect Capital Finance**
**PO Box 660448**
**Dallas, TX 75266-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __7361__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**BARGREEN ELLINGSON INC**
**6626 TACOMA BLVD #B**
**Tacoma, WA 98409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **University Place Rehabilitation Center, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BELLEVUE HEALTHCARE**
**ATTN: ALICIA**
**2015 152ND AVE NE**
**REDMOND, WA 98052-5521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice only__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81,600.00 |
|---|---|---|---|

**BENJAMIN MEDICAL, PLLC**
**1340 ALLEGHENY CT SE**
**OLYMPIA, WA 98503**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,181.88 |
|---|---|---|---|

**BIEHL & BIEHL, INC.**
**PO BOX 87410**
**CAROL STREAM, IL 60188-7410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  8068

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54.03 |
|---|---|---|---|

**BRIGGS MEDICAL SERVICES CO.**
**4900 UNIVERSITY AVE #200 West**
**Des Moines, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119,593.20 |
|---|---|---|---|

**BRIGHTON REHABILITATION LLC**
**206 NORTH 2100 WEST**
**Salt Lake City, UT 84116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,964.84 |
|---|---|---|---|

**Building Engines, Inc.**
**33 Arch Street, #3200**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  g924

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675,827.31 |
|---|---|---|---|

**C.F. Franklin L.P.**
**2980 Beverly Glen Circle**
**Suite 300**
**Los Angeles, CA 90077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,523.99** |
|---|---|---|---|

**CALCULATED RESEARCH & TECH.**
629 E QUALITY DR.
American Fork, UT 84003

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$362.67** |
|---|---|---|---|

**CANON FINANCIAL SERVICES INC**
14904 COLLECTIONS CTR DR
Chicago, IL 606930149

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CANON SOLUTIONS AMERICA INC**
15004 COLLECTIONS CTR DR
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,576.25** |
|---|---|---|---|

**CAREERSTAFF UNLIMITED INC**
PO BOX 301076
Dallas, TX 75303

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,672.20** |
|---|---|---|---|

**CARING HANDS STAFFING**
PO BOX 44181
TACOMA, WA 98448

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,394.63** |
|---|---|---|---|

**CASCADE FIRE & SECURITY**
PO BOX 7459
Covington, WA 98042

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$354.10** |
|---|---|---|---|

CenturyLink
PO BOX 91155
Seattle, WA 98111-9255

Date(s) debt was incurred _

Last 4 digits of account number  **309B**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**CHARLE CARDINAL VOICEOVER ARTIST/ENTER**
8501 WILLOWWOOD CIR SW
Tacoma, WA 98498

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,384.48 |
|---|---|---|---|

**CITY OF TACOMA**
PO BOX 11010
Tacoma, WA 98411-1010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  4535

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,854.65 |
|---|---|---|---|

**CLINICAL RESOURCES LLC**
3338 PEACHTREE ROAD NE #102
ATLANTA, GA 30326

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colonial Life Premuim Process**
PO Box 903
Columbia, SC 29202-0903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Notice only

Last 4 digits of account number  6535

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $702.03 |
|---|---|---|---|

**COMCAST - BUSINESS**
PO BOX 60533
CITY OF INDUSTRY, CA 91716-0533

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  2060

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COMFORT SYSTEMS USA**
3602 S. PINE STREET
TACOMA, WA 98409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Notice only

Last 4 digits of account number  4601

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $842.00 |
|---|---|---|---|

**COMMUNICATION SOLUTIONS LLC**
9927 NE 144TH Lane #808
Kirkland, WA 98034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$196.00** |
|---|---|---|---|

**CONCENTRA MEDICAL CENTERS**
PO BOX 3700
Rancho Cucamonga, CA 91729-3700

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,299.38** |
|---|---|---|---|

**COORDINATED CARE**
 **CENTENE MANAGEMENT CORP**
164 Division St #703-4
Elgin, IL 60120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CREST HEALTHCARE SUPPLIES**
PO BOX 727
Dassel, MN 55325-0727

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77.00** |
|---|---|---|---|

**CROSS CULTURAL COMMUNICATIONS INC**
P O BOX 2166
SUMNER, WA 98390

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DAVIS DOOR SERVICES INC**
2021 S GRAND ST
Seattle, WA 98144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Delta Dental of California**
PO Box 44460
San Francisco, CA 94144-0460

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number  **iv12**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DEP OF LABOR & INDUSTRIES WA**
PO BOX 24106
Seattle, WA 98124-6524

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number  **648,9201**

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.00 |
|---|---|---|---|

**DEPARTMENT OF ECOLOGY**
**PO BOX 34050**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Department of Health**
**PO Box 1099**
**Olympia, WA 98507-1099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410.45 |
|---|---|---|---|

**Department of the Treasury**
**Internal Revenue Service**
**Ogden, UT 84201-0035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,211.65 |
|---|---|---|---|

**DEPENDABLE NURSING SERVICES**
**33305 1ST WAY SOUTH B-100**
**Federal Way, WA 98003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,206.00 |
|---|---|---|---|

**DEPT OF SOCIAL & HEALTH SRVCS**
**PO BOX 9501**
**Olympia, WA 98507-9501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1553**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEPT. OF LABOR & INDUSTRIES**
**PO BOX 34974**
**SEATTLE, WA 98124-1974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number  **6351**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEPT. OF LABOR & INDUSTRIES**
**BOILER PRESSURE**
**  VESSEL SECTION**
**PO BOX 44410**
**OLYMPIA, WA 98504-4410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $736.00 |
|---|---|---|---|

**DIETITIAN CONSULTING SERVICE**
8015 SE 28TH ST #304
Mercer Island, WA 98040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,666.66 |
|---|---|---|---|

**Diligent Healthcare Staffing**
33530 1st Way S #102
Federal Way, WA 98003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,267.44 |
|---|---|---|---|

**DIRECT SUPPLY INC**
Attn: Financial Services
6767 N INDUSTRIAL ROAD
Milwaukee, WI 53223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $643.92 |
|---|---|---|---|

**DIRECTV**
P.O. Box 5006
Carol Stream, IL 60197-5006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4815**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,872.70 |
|---|---|---|---|

**Directv**
P.O. Box 105249
Atlanta, GA 30348-5249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6346**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DIRECTV 7042**
PO BOX 105249
Atlanta, GA 30348-5249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice only**

Last 4 digits of account number **7042**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**DOUGLAS P WORNELL**
PO BOX 414
Fox Island, WA 98333-0414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Drain Away Plumbing, Inc.**
P. O. Box 656
Auburn, WA 98071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DRAIN PRO, INC.**
5111 85th AVE E BUILDING C-2
PUYALLUP, WA 98371

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $481,511.64 |
|---|---|---|---|

**DSHS Office of Fin.  Recovery**
P.O. Box 9501
Olympia, WA 98507-9501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Overpayment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ECOLAB - MONTHLY**
PO BOX 100512
Pasadena, CA 91189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number  **2403**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ECOLAB - SUPPLIES**
PO BOX 100512
PASADENA, CA 91189-0512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMPLOYMENT SECURITY DEPARTMENT**
UI TAX AND WAGE ADMINSTRATION
PO BOX 9046
OLYMPIA, WA 98507-9046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,177.06 |
|---|---|---|---|

**F&F Associates DBA Consonus**
Attn:  Courtney Corda
4560 SE International Way #100
Milwaukie, OR 97222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $258.20 |
|---|---|---|---|

**FEDEX (7221)**
**PO BOX 7221**
**Pasadena, CA 91109-7321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $267.16 |
|---|---|---|---|

**FERGUSON ENTERPRISES INC (TX)**
**PO BOX 847411**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,600.00 |
|---|---|---|---|

**FidaLab LLC**
**4242 22nd Ave W.**
**Seattle, WA 98199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**First American Title Ins. Co.**
**National Commercial Services**
**777 S. Figueroa St. #400**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,143.99 |
|---|---|---|---|

**FOCUS CUSTOM SOURCING SOLUTION**
**110 HAVERHILL ROAD**
**Amesbury, MA 01913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,438.26 |
|---|---|---|---|

**FRANCISCAN HOSPICE**
**ATTN ACCOUNTS PAYABLE**
**2901 Bridgeport Way W**
**UNIVERSITY PLACE, WA 98466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69.13 |
|---|---|---|---|

**FRANCISCAN MEDICAL GROUP**
**PO BOX 31001-1518**
**Pasadena, CA 91110-1518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,836.37 |
|---|---|---|---|

**GALLAGHER BENEFIT SRVCS INC**
**2 PIERCE PLACE**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GG ELECTRIC INC.**
**PO BOX 8687**
**TACOMA, WA 98418-8687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GK INDUSTRIAL REFUSE SYSTEMS**
**3207 C STREET NE**
**Auburn, WA 98002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Glacier Fire Protection**
**PO Box 7980**
**Bonney Lake, WA 98391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.00 |
|---|---|---|---|

**GOOD TO GO!**
**WSDOT**
**PO Box 300326**
**Seattle, WA 98103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76.56 |
|---|---|---|---|

**GRAINGER**
**PO BOX 419267**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $796.43 |
|---|---|---|---|

**GRAINGER (MO)**
**PO BOX 419267**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,580.66 |
|---|---|---|---|

**GRAINGER - IL**
GRAINGER - Dept. 810288357
Kansas City, MO 64141-6267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $153.06 |
|---|---|---|---|

**GRANITE TELECOMMUNICATIONS LLC**
CLIENT ID 311
PO BOX 983119
Quincy, MA 02298

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $342.89 |
|---|---|---|---|

**GUARDIAN SECURITY**
1743 1ST AVENUE S
Seattle, WA 98134-1432

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HANSEN HUNTER AND COMPANY PC**
8930 SW GEMINI DR
BEAVERTON, OR 97008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harbor Audiology**
1901 S. 72nd St, #A14
Tacoma, WA 98408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Noticie only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123.84 |
|---|---|---|---|

**HARBORVIEW MEDICAL CENTER**
PO BOX 34001
Seattle, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,961.19 |
|---|---|---|---|

**Harvard Partners of Washington**
1606 8th Ave N
Seattle, WA 98109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $836.65 |
|---|---|---|---|

**HAWAII BUSNESS PHOTO LLC**
**2235-B AULII ST**
**Honolulu, HI 96817**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,312.35 |
|---|---|---|---|

**HD SUPPLIES FACILITIES MAINT.**
**PO BOX 509058**
**San Diego, CA 92150-9058**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $354.75 |
|---|---|---|---|

**HEALTH RECORDS FORMS**
**8102 119 STREET EAST**
**Puyallup, WA 98373**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Healthcare Academy**
**526 Main St, PO Box 325**
**Henderson, MN 56044**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $609.00 |
|---|---|---|---|

**HI Health Innovations**
**3022 Momentum Place**
**Chicago, IL 60689-5330**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hillis Clark Martin &**
 **Peterson, P.S.**
**999 3rd Ave #4600**
**Seattle, WA 98104**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,672.70 |
|---|---|---|---|

**HIRERIGHT LLC**
**PO BOX 847891**
**Dallas, TX 75284-7891**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HOBART SERVICE**
**ITW FOOD EQUIP GROUP LLC**
**PO BOX 2517**
**CAROL STREAM, IL 60132-2517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice only__

Last 4 digits of account number __9566__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hunt's Services**
**8111 Pacific Hwy E**
**Tacoma, WA 98422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141,267.33 |
|---|---|---|---|

**INDEPENDENCE REHAB LLC**
**Attn: Jason Crump**
**5314 N River Run DR #140**
**Provo, UT 84604**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $168.14 |
|---|---|---|---|

**INDUSTRIAL CHEM LABS**
**55-G BROOK AVE.**
**DEER PARK, NY 11729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**INMOTION IMAGING LLC**
**PO BOX 24198**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Intac Actuarial Services Inc**
**50 Tice BLVD #151**
**Woodcliff Lake, NE 07677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,049.32 |
|---|---|---|---|

**INTERPATH LABORATORY INC**
**PO BOX 1208**
**Pendleton, OR 97801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**INTERSTATE CAPITAL CORPORATION**
**PO BOX 915183**
**Dallas, TX 75391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$307.76** |

**Iron Mountain**
**PO BOX 27128,**
**New York, NY 10087-7128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,590.00** |

**IV NURSE CONSULTANTS INC**
**818 39th Ave. SW # A-1**
**Puyallup, WA 98373-3603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Jan Pro Cleaning**
**500 S 336th St Ste #201**
**Federal Way, WA 98003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$803.07** |

**Jive Communications Inc.**
**PO BOX 412252**
**Boston, MA 02241-2252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**KCI USA**
**PO Box 301557**
**Dallas, TX 75303-1557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$847.20** |

**KERSEY MOBILITY FOR LIFE**
**PO BOX 928**
**SUMNER, WA 98390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,046.27** |
|---|---|---|---|

**KNIGHT COMMUNICATIONS LLC**
**6032 FASHION POINT DR**
**So. Ogden, UT 84403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$425.76** |
|---|---|---|---|

**KROUSE'S ELECTRIC, INC**
**PO BOX 1213**
**Roy, WA 98580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,466.04** |
|---|---|---|---|

**LAB CORP OF AMERICA**
**KIMBALL GENETICS**
**PO BOX 2270**
**Burlington, NC 27216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,685.72** |
|---|---|---|---|

**LABORATORY CORP OF AMERICA**
**LABCORP**
**P.O. BOX 12140**
**Burlington, NC 27216-2140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3590**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$470.09** |
|---|---|---|---|

**LEGACY TELECOMMUNICATIONS INC**
**8102 SKANSIE AVE**
**GIG HARBOR, WA 98335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,101.12** |
|---|---|---|---|

**LIBERTY DISTRIBUTING, INC**
**909 VALLEY AVE NW**
**Puyallup, WA 98371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$695.51** |
|---|---|---|---|

**LIFE SAFETY SERVICES INC**
**PO BOX 831**
**Issaquah, WA 98027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $252.00 |
|---|---|---|---|

**LUTHERAN COMMUNITY SERV. NW**
**4040 S 188TH ST # 300**
**Seattle, WA 98188**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,218.04 |
|---|---|---|---|

**MACDONALD MILLER FAC. SOLUTION**
**PO BOX 47983**
**Seattle, WA 98146**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,672.43 |
|---|---|---|---|

**MARTIN HIPSCHMAN**
**3217 OVERLAND AVE #7109**
**Los Angeles, CA 90034**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**McCabe's Automotive Specialist**
**3147 Bridgeport Way W**
**University Place, WA 98466**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MCKESSON MEDICAL**
**-SURGICAL MINNESOTA SUPP**
**9954 Mayland DR #4000**
**Richmond, VA 23233**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,339.16 |
|---|---|---|---|

**MCKESSON MEDICAL**
 **-SURGICAL SUPPLY INC**
**PO BOX 204786**
**DALLAS, TX 75320-4786**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MDS Trust**
**Attn: Matthew Santelli**
**PO Box 65625**
**Tacoma, WA 98464**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $622.97 |
|---|---|---|---|

**MED PASS INC**
**1 Reynolds Way**
**Dayton, OH 45420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,847.50 |
|---|---|---|---|

**MEDICAL SOLUTIONS LLC**
**PO BOX 310737**
**DES MOINES, IA 50331-0737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,045.72 |
|---|---|---|---|

**MEDLINE INDUSTRIES INC**
**DEPT 1080 PO BOX 121080**
**Dallas, TX 75312-1080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MERIDIAN SCALE**
**8702 S 222ND ST.**
**Kent, WA 98031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miguel Maldonado**
**c/o Luvera Law Firm**
**701 Fifth Ave., Ste 6700**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Pending personal injury litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.37 |
|---|---|---|---|

**MULTICARE AUBURN MEDICAL**
**TACOMA GENERAL**
**PO BOX 34779**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.68 |
|---|---|---|---|

**MULTICARE HEALTH SYSTEM**
**PO BOX 34697**
**Seattle, WA 98124-1779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nancy Caviezel**
**2825 S 304th St.**
**Federal Way, WA 98003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,705.16 |
|---|---|---|---|

**NATIONAL PURCHASING CORP-HPSI**
**1 ADA SUITE 150**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,486.55 |
|---|---|---|---|

**NATURAL WAVE - RC, INC**
**PO BOX 447**
**Kent, WA 98035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $342.28 |
|---|---|---|---|

**Neopost USA Inc**
**Dept 3689 P.O. Box 123689**
**Dallas, TX 75312-3689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9633**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NORTHWEST CASCADE INC FLOHAWKS**
**PO Box 73399**
**Puyallup, WA 98373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.63 |
|---|---|---|---|

**NORTHWEST MEDICAL SPECIALTIES**
**PO BOX 4108**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OFFICE OF FINANCIAL RECOVERY**
**Estate Recovery**
**PO  Box 9501**
**Olympia, WA 98507-9501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**OMNICARE INC**
900 Omnicare Center
201 E 4th Street
Cincinnati, OH 45202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,502.91** |
|---|---|---|---|

**Omnicare, Inc.**
Dept 781671
P.O. Box 78000
Detroit, MI 48278-1671

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ON-HOLD CONCEPTS**
5521 100TH STREET SW
Tacoma, WA 98499

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**OPTIMA HEALTHCARE SOLUTIONS**
PO BOX 531734
ATLANTA, GA 30353-1734

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$230.80** |
|---|---|---|---|

**Orkin**
PO Box 7161
Pasadena, CA 91109-7161

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  __8119__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PACIFIC BREEZE PRODUCT INC**
2328 Gibson Rd
Everett, WA 98204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,448.80** |
|---|---|---|---|

**PACIFIC OFFICE AUTOMATION**
14747 NW GREENBRIER PKWY
BEAVERTON, OR 97006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  __D955__

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.153 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$279.64** |
| **PACIFIC OFFICE AUTOMATION** <br> **14747 NW GREENBRIER PKWY** <br> **BEAVERTON, OR 97006** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number  G004 | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.154 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$741.86** |
| **PACIFIC OFFICE AUTOMATION -** <br> **LEASE 51043** <br> **PO BOX 51043** <br> **Los Angeles, CA 90051-5343** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.155 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,807.55** |
| **PACIFIC POWER GROUP LLC** <br> **PO BOX 748720** <br> **Los Angeles, CA 90074-8720** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.156 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$78,419.53** |
| **PAYLESS DRUG** <br> **18110 SE 34TH STREET** <br> **Vancouver, WA 98683** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.157 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **PEGASUS LIFTS, LLC** <br> **2825 East Main Ave** <br> **Puyallup, WA 98372** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:**  Notice only |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.158 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$80,688.31** |
| **People 2.0 Global LP** <br> **PO Box 31001-1288** <br> **Pasadena, CA 91110-1288** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number  4550 | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.159 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$58,208.33** |
| **Pierce County Assessor-Treas.** <br> **PO Box 11621** <br> **Tacoma, WA 98411-3321** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,079.28 |

**PIERCE COUNTY SEWER**
**PO BOX 11620**
**Tacoma, WA 98411-6620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2282**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,914.00 |

**PINNACLE QUALITY INSIGHT**
**7440 S CREEK RD**
**Sandy, UT 84093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,230.78 |

**POINTCLICKCARE TECHNOLOGIES**
**PO BOX 674802**
**Detroit, MI 48267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**POST ACUTE MEDICAL PLLC**
**1201 PACIFIC AVE SUITE C6**
**TACOMA, WA 98402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Powerclean**
**P.O. BOX 2304**
**Olympia WA   98507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,778.39 |

**Prime Time Healthcare LLC**
**RN Division**
**  c/o American Nat'l Bank**
**P.O. Box 3544**
**Omaha, NE 68103-0544**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $294.19 |

**Print NW, LLC**
**9914 32nd Ave S**
**Lakewood, WA 98499**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,316.00 |
|---|---|---|---|

**PROCARE ACADEMY OF WA**
**3773 A MARTIN WAY E #102**
**Olympia, WA 98506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.68 |
|---|---|---|---|

**PROLIANCE SURGEONS PS (SEA)**
**601 BROADWAY**
**Seattle, WA 98122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,649.33 |
|---|---|---|---|

**PROPACPAYLESS PHARMACY**
**PO Box 6989**
**Portland, OR 97228-6989**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $599.55 |
|---|---|---|---|

**PUBLIC HOSP DIST. NO 1 -**
**VALLEY MEDICAL**
**PO BOX 34551**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,246.01 |
|---|---|---|---|

**PUGET SOUND ENERGY**
**10885 NE 4th Street**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number __8712__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**QUADIENT FINANCE USA, INC.**
**PO BOX 6813**
**CAROL STREAM, IL 60197-6813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Notice only__

Last 4 digits of account number __3295__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**R&T HOOD AND DUCT**
**SERVICES, INC.**
**6100 12TH AVE S**
**Seattle, WA 98108-2768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Notice only__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,925.19** |
|---|---|---|---|

**Regence BlueShield**
**PO Box 2597**
**Portland, OR 97208-2597**

Date(s) debt was incurred _

Last 4 digits of account number **5001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.67** |
|---|---|---|---|

**RESTAURANT EQUIP. SRVC**
**14004 144th Ave SE**
**Renton, WA 98059**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,412.36** |
|---|---|---|---|

**RICOH - WELLS FARGO**
**VENDOR FINANCIAL SVS**
**PO BOX 650073**
**DALLAS, TX 75265**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Roto-Rooter Services Company**
**5672 Collections CTR DR**
**Chicago, IL 60693-0056**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SCHRYVER MEDICAL**
**12075 E 45TH AVE #600**
**Denver, CO 80239-2519**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,299.74** |
|---|---|---|---|

**SCHRYVER MEDICAL**
**12075 E 45TH AVE #600**
**Denver, CO 80239-2519**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,125.00** |
|---|---|---|---|

**SECURE IT SELF STORAGE**
**2121 SOUTH ORCHARD STREET**
**Tacoma, WA 98466**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| 3.181 | **Nonpriority creditor's name and mailing address** |

**SHI INTERNATIONAL CORP**
**290 DAVIDSON AVE**
**Somerset, NJ 08873**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,081.20**

---

| | |
|---|---|
| 3.182 | **Nonpriority creditor's name and mailing address** |

**SIMPLELTC TC SYSTEMS INC**
**2435 N CENTRAL EXPY #1510**
**Richardson, TX 75080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.183 | **Nonpriority creditor's name and mailing address** |

**SIMPSON, UCHITEL & WILSON, LLP**
**ONE AMERIS CENTER, #1100**
**3490 PIEDMONT RD NE**
**ATLANTA, GA 30305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.184 | **Nonpriority creditor's name and mailing address** |

**Sizewise Rentals**
**Brittany McCampbell**
**204 W. 2nd Street**
**Ellis, KS 67637**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,523.23**

---

| | |
|---|---|
| 3.185 | **Nonpriority creditor's name and mailing address** |

**Sizewise Rentals**
**Attn: Accounts Receivable**
**PO Box 320**
**Ellis, KS 67637**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,123.05**

---

| | |
|---|---|
| 3.186 | **Nonpriority creditor's name and mailing address** |

**Smart Care Equipment Solutions**
**EEC Acquisition LLC**
**PO Box 74008980**
**Chicago, IL 60674-8980**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,360.29**

---

| | |
|---|---|
| 3.187 | **Nonpriority creditor's name and mailing address** |

**SMILE SEATTLE DENTURES**
**419 SOUTH 4TH STREET**
**Renton, WA 98057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,100.00**

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,108.84 |

**SOUND HEALTH MEDICAL SUPPLY**
**2811 S 12TH STREET**
**Tacoma, WA 98405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  8694

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,454.96 |

**SPECIALIZED MEDICAL SERVICES**
**7237 SOLUTION CENTER**
**Chicago, IL 60677-7002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**SPRAGUE PEST SOLUTIONS**
**PO BOX 35129**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $834.00 |

**Sr. Living Investment Brokerag**
**490 Pennsylvania Ave**
**Glen Ellyn, IL 60137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $868.21 |

**SS LANDSCAPING SERVICES INC**
**10219 PORTLAND AVE E #D**
**Tacoma, WA 98445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $216.83 |

**ST CLARE HOSPITAL**
**11315 BRIDGEPORT WAY SW**
**Tacoma, WA 98499**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,533.09 |

**STANLEY CONVERGENT**
**SECURITY SOLUTIONS, INC**
**DEPT. CH 10651**
**PALATINE, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1772

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**STANLEY HEALTHCARE**
**DEPT. CH 10504**
**PALATINE, IL 60055-0504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **I115**

Basis for the claim: **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,269.60 |
|---|---|---|---|

**STAPLES CONTRACT & COMM INC-**
**STAPLES ADV**
**PO BOX 660409**
**DALLAS, TX 75266-0409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stericycle**
**P.O. BOX 6578**
**Carol Stream, IL 60197-6578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sun Mar Management Services**
**ATTN Bill Presnell**
**3050 Saturn Street #201**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,172.96 |
|---|---|---|---|

**SUPPLEMENTAL HEALTH CARE**
**PO BOX 677896**
**Dallas, TX 75267-7896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SWS Equipment**
**PO BOX 1304**
**Spokane Valley, WA 99213-3040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101,656.43 |
|---|---|---|---|

**SYSCO SEATTLE, INC**
**P.O. BOX 97054**
**Kent, WA 98064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 23-11141-TWD    Doc 1    Filed 06/21/23    Ent. 06/21/23 13:22:03    Pg. 42 of 85

| | | |
|---|---|---|
| **3.202** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **TACOMA-PIERCE COUNTY**<br>**HEALTH DEPARTMENT**<br>**3629 SOUTH D STREET**<br>**TACOMA, WA 98148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Notice only__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.203** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **TALLGRASS TECHNOLOGIES**<br>**14647 W 95th St**<br>**Lenexa, KS 66215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Notice only__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.204** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **Tax Advisors PLLC**<br>**203 SE Park Plaza Dr #230**<br>**Vancouver, WA 98684** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Notice only__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.205** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $3,354,715.55 |
| | **The Capital Foresight L.P.**<br>**2980 Beverly Glen Circle**<br>**Suite 300**<br>**Los Angeles, CA 90077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __All assets__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.206** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $7,251.96 |
| | **The Hartford**<br>**PO Box 660916**<br>**Dallas, TX 75266-0916** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number __9700__ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.207** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **The Nathanson Group PLLC**<br>**One Union Square**<br>**600 University ST #2000**<br>**Seattle, WA 98101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Notice only__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.208** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $781.71 |
| | **The Repair Works**<br>**8812 36th St. W**<br>**Tacoma, WA 98466** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,183.55 |
|---|---|---|---|

**TOTALFUNDS**
**PO BOX 6813**
**Carol Stream, IL 60197-6813**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.56 |
|---|---|---|---|

**TOTALFUNDS**
**PO BOX 6813**
**CAROL STREAM, IL 60197-6813**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  3295**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,385.13 |
|---|---|---|---|

**TUELL & YOUNG, P.S**
**1457 S UNION AVENUE**
**Tacoma, WA 98405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,759.75 |
|---|---|---|---|

**Twin Med Equipment & Services**
**Attn: TwinMed**
**P.O. Box 782945**
**Philadelphia, PA 19178-2945**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  910**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TwinMed LLC**
**P.O. Box 847340**
**Los Angeles, CA 90084-7340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,514.86 |
|---|---|---|---|

**UNIVERSITY PLACE REFUSE**
**2815 RICGESTER STREET**
**Tacoma, WA 98466**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  9444**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $308.06 |
|---|---|---|---|

**UNUM LIFE INSURANCE COMPANY**
**OF AMERICA**
**PO BOX 409548**
**ATLANTA, GA 30384-9548**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  0001**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$937.15** |
|---|---|---|---|

**UNUM LIFE INSURANCE COMPANY OF AMERICA**
PO BOX 409548
ATLANTA, GA 30384-9548

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UNUM LIFE INSURANCE COMPANY OF AMERICA**
PO BOX 409548
ATLANTA, GA 30384-9548

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice only**

Last 4 digits of account number **2001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,846.30** |
|---|---|---|---|

**US FOODS , INC.**
P.O. Box 94781
Seattle, WA 98124-7081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2994**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,531.00** |
|---|---|---|---|

**US HEALTHWORKS MED GROUP OF WASHINGTON**
PO BOX 50046
LOS ANGELES, CA 90074-0046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**US Standard Products**
PO Box 5509
Englewood, NJ 07631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$555.00** |
|---|---|---|---|

**Valcom Salt Lake City LC - VLCM**
852 E Arrowhead LN
Salt Lake City, UT 84107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VCPI**
1555 N Rivercenter DR #202
Milwaukee, WI 53212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VSP**
**3333 Quality DR**
**Rancho Cordova, CA 95670**

Date(s) debt was incurred _

Last 4 digits of account number  3469

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,707.71 |
|---|---|---|---|

**WA DEPT OF REVENUE**
**PO BOX 34974**
**Seattle, WA 98124**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,000.00 |
|---|---|---|---|

**WA Dept of Revenue**
**Attn  Brian Pickering**
**734 E First St # Suite B**
**Port Angeles, WA 98362**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $408.15 |
|---|---|---|---|

**WASHINGTON ALARM, INC**
**2030 AIRPORT WAY S**
**Seattle, WA 98134**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WASHINGTON AUTOMATED INC**
**5801 23RD DR W #103**
**Everett, WA 98203**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,029.84 |
|---|---|---|---|

**WASHINGTON HEALTH CARE ASSOC**
**303 CLEVELAND AVE SE**
**TUMWATER, WA 98501**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**West Coast Grease Traps LLC**
**10926 Valley Ave E**
**Puyallup, WA 98372**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WhistleBlower Security Inc**
**1455 Bellevue Ave. #300**
**West Vancouver, BC V7T 1C3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,130.00 |
|---|---|---|---|

**WILLAMETTE DENTAL GROUP**
**3866 S 74th STREET#200**
**TACOMA, WA 98409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILSON AIR TECHNOLOGIES INC**
**5045 S Yakima Ave**
**Tacoma, WA 98408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **James B. Zack**<br>**1420 Fifth Avenue**<br>**Suite 4200**<br>**Seattle, WA 98101** | Line __3.205__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Michael Ackerman**<br>**10960 Wilshire Boulevard**<br>**Suite 1225**<br>**Los Angeles, CA 90077** | Line __3.205__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **WA Atty General**<br>**Bankruptcy & Collection Unit**<br>**800 Fifth Ave #2000**<br>**Seattle, WA 98104** | Line __3.71__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **WA Atty General**<br>**Bankruptcy & Collection Unit**<br>**800 Fifth Ave #2000**<br>**Seattle, WA 98104** | Line __2.3__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **WA Atty General**<br>**Bankruptcy & Collection Unit**<br>**800 Fifth Ave #2000**<br>**Seattle, WA 98104** | Line __2.2__<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Debtor    **University Place Rehabilitation Center, LLC**    Case number (*if known*) _____
          Name

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,387,547.56 |
| **5b. Total claims from Part 2** | 5b. + | $ 6,677,015.17 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 8,064,562.73 |

Fill in this information to identify the case:

Debtor name **University Place Rehabilitation Center, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Official Form 206G **Schedule G: Executory Contracts and Unexpired Leases** Page 1 of 1

Debtor name   **University Place Rehabilitation Center, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                  *Column 2:* **Creditor**

| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | **Irving Bauman** | **c/o Daniel Reiss**<br>**102500 Constellation Blvd**<br>**Suite 1700**<br>**Los Angeles, CA 90067** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Renton H.C.R.** | **80 SW 2nd Street**<br>**Renton, WA 98057** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Sammy Zack** | **7304 Beverly Blvd, #238**<br>**Los Angeles, CA 90036** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Talbot R.C.** | **4430 Talbot Road South**<br>**Renton, WA 98055** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name    **University Place Rehabilitation Center, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ☐ Operating a business<br><br>■ Other   **Operations through sale closing date of March 19, 2021** | **$1,682,380.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1.   **To be provided.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Caviezel v. University Place Rehabilitation Center, LLC et al**<br>**20-2-07640-1** | **Medical negligence** | **Pierce County Superior Court**<br>**930 Tacoma Ave. S, Rm. 110**<br>**Tacoma, WA 98402** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **Teresa Mosely v. University Place Rehabilitation Center LLC**<br>**22-2-06121-4** | **Personal Injury** | **Pierce County Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. **Keith Savory v. University Place Rehabilitation Center**<br>**21-2-08773-9** | **Wrongful Death** | **Pierce County Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. **Miguel Mendoza Maldonado v. University Place Rehabilitation Center LLC et al**<br>**22-2-04820-0** | **Personal Injury** | **Pierce County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Tracy Law Group PLLC**<br>**1601 5th Ave., Ste 610**<br>**Seattle, WA 98101** | | **5-5-2023** | **$20,000.00** |
| | Email or website address<br>**todd@thetracylawgroup.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **IRS**<br>**Centralized Insolvency Ops**<br>**POB 7346**<br>**Philadelphia, PA 19101-7346** | **ERTC credit applied to outstanding tax<br>balance.  Outstanding tax balance<br>exceeds ERTC credit** | **12-19-2022** | **$521,452.73** |
| | **Relationship to debtor** | | | |

---

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy<br>From-To |
|---|---|---|---|
| 14.1. | **5520 Bridgeport Way W**<br>**University Place, WA 98467** | | **2017-March 19, 2021** |

---

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|---|
| 15.1. | **University Place**<br>**Rehabilitation Center**<br>**5520 Bridgeport Way W**<br>**University Place, WA 98467** | **Formerly operated as a Skilled Nursing Facility.<br>Bankruptcy Court approved sale of substantially all of<br>the assets in case no. 20-42800.  Sale closed on March<br>19, 2021.  Debtor ceased all operations upon closing** | |
| | | **Location where patient records are maintained** *(if different from<br>facility address)*. If electronic, identify any service provider.<br>**Same** | **How are records kept?**<br><br>*Check all that apply:*<br><br>■ Electronically<br>■ Paper |

---

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**Resident records**

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Eclipse Healthcare Management, Inc. 401(k)** | EIN:  **82-2586350** |

    Has the plan been terminated?

    ■ No

    ☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Axiom Healthcare Group** <br> **2351 Sunset Blvd #170-897** <br> **Rocklin, CA 95765** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Axiom Healthcare Group**<br>**1209 Pleasant Grove Blvd**<br>**Roseville, CA 95678** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Irving Bauman** | **c/o Daniel Reiss**<br>**2818 La Cienega Ave**<br>**Los Angeles, CA 90034** | **Member** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Samuel Zack** | **7304 Beverly Blvd #238**<br>**Los Angeles, CA 90036** | **Member** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 21, 2023** _____

**/s/ Samuel  Zach** _____          **Samuel  Zach** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Member** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Washington

In re **University Place Rehabilitation Center, LLC**
Debtor(s)

Case No. _____
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................... $    **19,662.00**

   Prior to the filing of this statement I have received ..................... $    **0.00**

   Balance Due ......................................................................... $    **19,662.00**

2. $ **338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify)    **Itta Bauman**

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Initial consultation; Preparation and filing of Bankruptcy Petition; Preparation of a Statement of Financial Affairs and Schedules; Appearance at the § 341 Meeting of Creditors; Communications as necessary with creditors; Communications with the Chapter 7 Trustee; Responses to inquiries by the Chapter 7 Trustee, creditors, or regulatory authorities, including providing information as requested by the Chapter 7 Trustee, creditors or regulatory authorities; Preparation of Statement of Intent to Redeem or Reaffirm and negotiation of Reaffirmation Agreement, if necessary; Representation of Client in defense of proper exemptions; Amendments to the Bankruptcy petition, schedules and/or Statement of Financial Affairs; and Communicating with the Client and its principals regarding all tasks in this Section 1.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, contested relief from stay actions or any other adversary proceeding.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 21, 2023**
*Date*

**/s/ J. Todd Tracy WSBA**
**J. Todd Tracy WSBA #17342**
*Signature of Attorney*
**The Tracy Law Group PLLC**
**1601 Fifth Ave. Ste 610**
**Seattle, WA 98101**
**206-624-9894  Fax: 206-624-8598**
*Name of law firm*

---

# United States Bankruptcy Court
## Western District of Washington

In re  **University Place Rehabilitation Center, LLC**      Case No. _____

Debtor(s)      Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 21, 2023** _____      **/s/ Samuel  Zach** _____

**Samuel  Zach/Member**
Signer/Title

3WIRE LLC
PO BOX 102205
PASADENA, CA 91189-2205


A AND R PRESSURE WASHING-STEAM
PO BOX 45312
TACOMA, WA 98448


A PLUS HEALTHCARE LLC
6721 REGENTS BLVD
TACOMA, WA 98466


ACCELERATED CARE PLUS (RENT)
13828 COLLECTIONS CTR DR
CHICAGO, IL 60693


ADP INC
PO BOX 842875
BOSTON, MA 02284-2875


ADVANCE BUSINESS CAPITAL
701 CANYON DR #105
COPPELL, TX 75019


AIR MANAGEMENT SOULTIONS LLC
5822 W WERNER RD
BREMERTON, WA 98312


AIRE PRO INC
2921 MERIDIAN AVENUE E
PUYALLUP, WA 98371


ALLSCRIPTS
24630 NETWORK PLACE
CHICAGO, IL 60673-1246


ALLSTREAM
PO BOX 734521
CHICAGO, IL 60673-4521


AMERICAN LANDSCAPE SERVICES, LLC
P.O. BOX 8327
LACEY, WA 98509-8327

AMERICAN TECH CORP
PO BOX 39036
LAKEWOOD, WA 98499


AMF FINANCIAL SERVICES
405 S SCIENCE DRIVE
MOORPARK, CA 93021


AMN HEALTHCARE ALLIED INC
PO BOX 281939
ATLANTA, GA 30384


ANN KERSHUL C/O UNIVERSITY PL.
5520 BRIDGEPORT WAY W #2041
UNIVERSITY PLACE, WA 98467


APA BENEFITS
8899 S 700 EAST #225
SANDY, UT 84070


APPLOI CORP
450 LEXINGTON AVE #839
NEW YORK NY 10163


ASSET PROTECTION UNIT, INC
P.O. BOX 33061
AMARILLO, TX 79120


ASURINT
1111 SUPERIOR AVENUE E.
CLEVELAND, OH 44114


ATS TRANS, LLC
2220 S TACOMA WAY STE B
TACOMA, WA 98409


AUBURN MECHANICAL,INC
PO BOX 249
AUBURN, WA 98071


AVALON HEALTH CARE GROUP
206 N 21000 WEST
SALT LAKE CITY, UT 84116

AXIOM HEALTHCARE GROUP
2351 SUNSET BLVD #170-897
ROCKLIN, CA 95765


BANK DIRECT CAPITAL FINANCE
150 N FIELD DR #190
LAKE FOREST, IL 60045-0230


BANKDIRECT CAPITAL FINANCE
PO BOX 660448
DALLAS, TX 75266-0448


BARGREEN ELLINGSON INC
6626 TACOMA BLVD #B
TACOMA, WA 98409


BELLEVUE HEALTHCARE
ATTN: ALICIA
2015 152ND AVE NE
REDMOND, WA 98052-5521


BENJAMIN MEDICAL, PLLC
1340 ALLEGHENY CT SE
OLYMPIA, WA 98503


BIEHL & BIEHL, INC.
PO BOX 87410
CAROL STREAM, IL 60188-7410


BRIGGS MEDICAL SERVICES CO.
4900 UNIVERSITY AVE #200 WEST
DES MOINES, IA 50266


BRIGHTON REHABILITATION LLC
206 NORTH 2100 WEST
SALT LAKE CITY, UT 84116


BUILDING ENGINES, INC.
33 ARCH STREET, #3200
BOSTON, MA 02110


C.F. FRANKLIN L.P.
2980 BEVERLY GLEN CIRCLE
SUITE 300
LOS ANGELES, CA 90077

CALCULATED RESEARCH & TECH.
629 E QUALITY DR.
AMERICAN FORK, UT 84003


CANON FINANCIAL SERVICES INC
14904 COLLECTIONS CTR DR
CHICAGO, IL 606930149


CANON SOLUTIONS AMERICA INC
15004 COLLECTIONS CTR DR
CHICAGO, IL 60693


CAREERSTAFF UNLIMITED INC
PO BOX 301076
DALLAS, TX 75303


CARING HANDS STAFFING
PO BOX 44181
TACOMA, WA 98448


CASCADE FIRE & SECURITY
PO BOX 7459
COVINGTON, WA 98042


CENTURYLINK
PO BOX 91155
SEATTLE, WA 98111-9255


CHARLIE CARDINAL VOICEOVER
 ARTIST/ENTER
8501 WILLOWWOOD CIR SW
TACOMA, WA 98498


CITY OF TACOMA
PO BOX 11010
TACOMA, WA 98411-1010


CLINICAL RESOURCES LLC
3338 PEACHTREE ROAD NE #102
ATLANTA, GA 30326


COLONIAL LIFE PREMUIM PROCESS
PO BOX 903
COLUMBIA, SC 29202-0903

COMCAST – BUSINESS
PO BOX 60533
CITY OF INDUSTRY, CA 91716-0533


COMFORT SYSTEMS USA
3602 S. PINE STREET
TACOMA, WA 98409


COMMUNICATION SOLUTIONS LLC
9927 NE 144TH LANE #808
KIRKLAND, WA 98034


CONCENTRA MEDICAL CENTERS
PO BOX 3700
RANCHO CUCAMONGA, CA 91729-3700


COORDINATED CARE
 CENTENE MANAGEMENT CORP
164 DIVISION ST #703-4
ELGIN, IL 60120


CREST HEALTHCARE SUPPLIES
PO BOX 727
DASSEL, MN 55325-0727


CROSS CULTURAL COMMUNICATIONS
INC
P O BOX 2166
SUMNER, WA 98390


DAVIS DOOR SERVICES INC
2021 S GRAND ST
SEATTLE, WA 98144


DELTA DENTAL OF CALIFORNIA
PO BOX 44460
SAN FRANCISCO, CA 94144-0460


DEP OF LABOR & INDUSTRIES WA
PO BOX 24106
SEATTLE, WA 98124-6524


DEPARTMENT OF ECOLOGY
PO BOX 34050
SEATTLE, WA 98124

```
DEPARTMENT OF HEALTH
PO BOX 1099
OLYMPIA, WA 98507-1099


DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0035


DEPENDABLE NURSING SERVICES
33305 1ST WAY SOUTH B-100
FEDERAL WAY, WA 98003


DEPT OF SOCIAL & HEALTH SRVCS
PO BOX 9501
OLYMPIA, WA 98507-9501


DEPT. OF LABOR & INDUSTRIES
PO BOX 34974
SEATTLE, WA 98124-1974


DEPT. OF LABOR & INDUSTRIES
BOILER PRESSURE
 VESSEL SECTION
PO BOX 44410
OLYMPIA, WA 98504-4410


DIETITIAN CONSULTING SERVICE
8015 SE 28TH ST #304
MERCER ISLAND, WA 98040


DILIGENT HEALTHCARE STAFFING
33530 1ST WAY S #102
FEDERAL WAY, WA 98003


DIRECT SUPPLY INC
ATTN: FINANCIAL SERVICES
6767 N INDUSTRIAL ROAD
MILWAUKEE, WI 53223


DIRECTV
P.O. BOX 5006
CAROL STREAM, IL 60197-5006
```

```
DIRECTV
P.O. BOX 105249
ATLANTA, GA 30348-5249


DIRECTV 7042
PO BOX 105249
ATLANTA, GA 30348-5249


DOUGLAS P WORNELL
PO BOX 414
FOX ISLAND, WA 98333-0414


DRAIN AWAY PLUMBING, INC.
P. O. BOX 656
AUBURN, WA 98071


DRAIN PRO, INC.
5111 85TH AVE E BUILDING C-2
PUYALLUP, WA 98371


DSHS OFFICE OF FIN.  RECOVERY
P.O. BOX 9501
OLYMPIA, WA 98507-9501


ECOLAB - MONTHLY
PO BOX 100512
PASADENA, CA 91189


ECOLAB - SUPPLIES
PO BOX 100512
PASADENA, CA 91189-0512


EMPLOYMENT SECURITY DEPARTMENT
UI TAX AND WAGE ADMINSTRATION
PO BOX 9046
OLYMPIA, WA 98507-9046


F&F ASSOCIATES DBA CONSONUS
ATTN: COURTNEY CORDA
4560 SE INTERNATIONAL WAY #100
MILWAUKIE, OR 97222


FEDEX (7221)
PO BOX 7221
PASADENA, CA 91109-7321
```

FERGUSON ENTERPRISES INC (TX)
PO BOX 847411
DALLAS, TX 75284


FIDALAB LLC
4242 22ND AVE W.
SEATTLE, WA 98199


FIRST AMERICAN TITLE INS.  CO.
NATIONAL COMMERCIAL SERVICES
777 S. FIGUEROA ST. #400
LOS ANGELES, CA 90017


FOCUS CUSTOM SOURCING SOLUTION
110 HAVERHILL ROAD
AMESBURY, MA 01913


FRANCISCAN HOSPICE
ATTN ACCOUNTS PAYABLE
2901 BRIDGEPORT WAY W
UNIVERSITY PLACE, WA 98466


FRANCISCAN MEDICAL GROUP
PO BOX 31001-1518
PASADENA, CA 91110-1518


GALLAGHER BENEFIT SRVCS INC
2 PIERCE PLACE
ITASCA, IL 60143


GG ELECTRIC INC.
PO BOX 8687
TACOMA, WA 98418-8687


GK INDUSTRIAL REFUSE SYSTEMS
3207 C STREET NE
AUBURN, WA 98002


GLACIER FIRE PROTECTION
PO BOX 7980
BONNEY LAKE, WA 98391

```
GOOD TO GO!
WSDOT
PO BOX 300326
SEATTLE, WA 98103


GRAINGER
PO BOX 419267
KANSAS CITY, MO 64141


GRAINGER (MO)
PO BOX 419267
KANSAS CITY, MO 64141


GRAINGER - IL
GRAINGER - DEPT. 810288357
KANSAS CITY, MO 64141-6267


GRANITE TELECOMMUNICATIONS LLC
CLIENT ID 311
PO BOX 983119
QUINCY, MA 02298


GUARDIAN SECURITY
1743 1ST AVENUE S
SEATTLE, WA 98134-1432


HANSEN HUNTER AND COMPANY PC
8930 SW GEMINI DR
BEAVERTON, OR 97008


HARBOR AUDIOLOGY
1901 S. 72ND ST, #A14
TACOMA, WA 98408


HARBORVIEW MEDICAL CENTER
PO BOX 34001
SEATTLE, WA 98124


HARVARD PARTNERS OF WASHINGTON
1606 8TH AVE N
SEATTLE, WA 98109


HAWAII BUSNESS PHOTO LLC
2235-B AULII ST
HONOLULU, HI 96817
```

HD SUPPLIES FACILITIES MAINT.
PO BOX 509058
SAN DIEGO, CA 92150-9058


HEALTH RECORDS FORMS
8102 119 STREET EAST
PUYALLUP, WA 98373


HEALTHCARE ACADEMY
526 MAIN ST, PO BOX 325
HENDERSON, MN 56044


HI HEALTH INNOVATIONS
3022 MOMENTUM PLACE
CHICAGO, IL 60689-5330


HILLIS CLARK MARTIN &
  PETERSON, P.S.
999 3RD AVE #4600
SEATTLE, WA 98104


HIRERIGHT LLC
PO BOX 847891
DALLAS, TX 75284-7891


HOBART SERVICE
ITW FOOD EQUIP GROUP LLC
PO BOX 2517
CAROL STREAM, IL 60132-2517


HUNT'S SERVICES
8111 PACIFIC HWY E
TACOMA, WA 98422


INDEPENDENCE REHAB LLC
ATTN: JASON CRUMP
5314 N RIVER RUN DR #140
PROVO, UT 84604


INDUSTRIAL CHEM LABS
55-G BROOK AVE.
DEER PARK, NY 11729

INMOTION IMAGING LLC
PO BOX 24198
SEATTLE, WA 98124


INTAC ACTUARIAL SERVICES INC
50 TICE BLVD #151
WOODCLIFF LAKE, NE 07677


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPS.
PO BOX 7346
PHILADELPHIA, PA 19101-7346


INTERPATH LABORATORY INC
PO BOX 1208
PENDLETON, OR 97801


INTERSTATE CAPITAL CORPORATION
PO BOX 915183
DALLAS, TX 75391


IRON MOUNTAIN
PO BOX 27128,
NEW YORK, NY 10087-7128


IRVING BAUMAN
C/O DANIEL REISS
102500 CONSTELLATION BLVD
SUITE 1700
LOS ANGELES, CA 90067


IV NURSE CONSULTANTS INC
818 39TH AVE. SW # A-1
PUYALLUP, WA 98373-3603


JAMES B. ZACK
1420 FIFTH AVENUE
SUITE 4200
SEATTLE, WA 98101


JAN PRO CLEANING
500 S 336TH ST STE #201
FEDERAL WAY, WA 98003

JIVE COMMUNICATIONS INC.
PO BOX 412252
BOSTON, MA 02241-2252


KCI USA
PO BOX 301557
DALLAS, TX 75303-1557


KERSEY MOBILITY FOR LIFE
PO BOX 928
SUMNER, WA 98390


KNIGHT COMMUNICATIONS LLC
6032 FASHION POINT DR
SO. OGDEN, UT 84403


KROUSE'S ELECTRIC, INC
PO BOX 1213
ROY, WA 98580


LAB CORP OF AMERICA
KIMBALL GENETICS
PO BOX 2270
BURLINGTON, NC 27216


LABORATORY CORP OF AMERICA
LABCORP
P.O. BOX 12140
BURLINGTON, NC 27216-2140


LEGACY TELECOMMUNICATIONS INC
8102 SKANSIE AVE
GIG HARBOR, WA 98335


LIBERTY DISTRIBUTING, INC
909 VALLEY AVE NW
PUYALLUP, WA 98371


LIFE SAFETY SERVICES INC
PO BOX 831
ISSAQUAH, WA 98027


LUTHERAN COMMUNITY SERV. NW
4040 S 188TH ST # 300
SEATTLE, WA 98188

MACDONALD MILLER FAC. SOLUTION
PO BOX 47983
SEATTLE, WA 98146


MARTIN HIPSCHMAN
3217 OVERLAND AVE #7109
LOS ANGELES, CA 90034


MCCABE'S AUTOMOTIVE SPECIALIST
3147 BRIDGEPORT WAY W
UNIVERSITY PLACE, WA 98466


MCKESSON MEDICAL
-SURGICAL MINNESOTA SUPP
9954 MAYLAND DR #4000
RICHMOND, VA 23233


MCKESSON MEDICAL
 -SURGICAL SUPPLY INC
PO BOX 204786
DALLAS, TX 75320-4786


MDS TRUST
ATTN: MATTHEW SANTELLI
PO BOX 65625
TACOMA, WA 98464


MED PASS INC
1 REYNOLDS WAY
DAYTON, OH 45420


MEDICAL SOLUTIONS LLC
PO BOX 310737
DES MOINES, IA 50331-0737


MEDLINE INDUSTRIES INC
DEPT 1080 PO BOX 121080
DALLAS, TX 75312-1080


MERIDIAN SCALE
8702 S 222ND ST.
KENT, WA 98031

MICHAEL ACKERMAN
10960 WILSHIRE BOULEVARD
SUITE 1225
LOS ANGELES, CA 90077


MIGUEL MALDONADO
C/O LUVERA LAW FIRM
701 FIFTH AVE., STE 6700
SEATTLE, WA 98104


MULTICARE AUBURN MEDICAL
TACOMA GENERAL
PO BOX 34779
SEATTLE, WA 98124


MULTICARE HEALTH SYSTEM
PO BOX 34697
SEATTLE, WA 98124-1779


NANCY CAVIEZEL
2825 S 304TH ST.
FEDERAL WAY, WA 98003


NATIONAL PURCHASING CORP-HPSI
1 ADA SUITE 150
IRVINE, CA 92618


NATURAL WAVE - RC, INC
PO BOX 447
KENT, WA 98035


NEOPOST USA INC
DEPT 3689 P.O. BOX 123689
DALLAS, TX 75312-3689


NORTHWEST CASCADE INC FLOHAWKS
PO BOX 73399
PUYALLUP, WA 98373


NORTHWEST MEDICAL SPECIALTIES
PO BOX 4108
PORTLAND, OR 97208

OFFICE OF FINANCIAL RECOVERY
ESTATE RECOVERY
PO BOX 9501
OLYMPIA, WA 98507-9501


OMNICARE INC
900 OMNICARE CENTER
201 E 4TH STREET
CINCINNATI, OH 45202


OMNICARE, INC.
DEPT 781671
P.O. BOX 78000
DETROIT, MI 48278-1671


ON-HOLD CONCEPTS
5521 100TH STREET SW
TACOMA, WA 98499


OPTIMA HEALTHCARE SOLUTIONS
PO BOX 531734
ATLANTA, GA 30353-1734


ORKIN
PO BOX 7161
PASADENA, CA 91109-7161


PACIFIC BREEZE PRODUCT INC
2328 GIBSON RD
EVERETT, WA 98204


PACIFIC OFFICE AUTOMATION
14747 NW GREENBRIER PKWY
BEAVERTON, OR 97006


PACIFIC OFFICE AUTOMATION -
LEASE 51043
PO BOX 51043
LOS ANGELES, CA 90051-5343


PACIFIC POWER GROUP LLC
PO BOX 748720
LOS ANGELES, CA 90074-8720

```
PAYLESS DRUG
18110 SE 34TH STREET
VANCOUVER, WA 98683


PEGASUS LIFTS, LLC
2825 EAST MAIN AVE
PUYALLUP, WA 98372


PEOPLE 2.0 GLOBAL LP
PO BOX 31001-1288
PASADENA, CA 91110-1288


PIERCE COUNTY ASSESSOR-TREAS.
PO BOX 11621
TACOMA, WA 98411-3321


PIERCE COUNTY SEWER
PO BOX 11620
TACOMA, WA 98411-6620


PINNACLE QUALITY INSIGHT
7440 S CREEK RD
SANDY, UT 84093


POINTCLICKCARE TECHNOLOGIES
PO BOX 674802
DETROIT, MI 48267


POST ACUTE MEDICAL PLLC
1201 PACIFIC AVE SUITE C6
TACOMA, WA 98402


POWERCLEAN
P.O. BOX 2304
OLYMPIA WA 98507


PRIME TIME HEALTHCARE LLC
RN DIVISION
  C/O AMERICAN NAT'L BANK
P.O. BOX 3544
OMAHA, NE 68103-0544


PRINT NW, LLC
9914 32ND AVE S
LAKEWOOD, WA 98499
```

PROCARE ACADEMY OF WA
3773 A MARTIN WAY E #102
OLYMPIA, WA 98506


PROLIANCE SURGEONS PS (SEA)
601 BROADWAY
SEATTLE, WA 98122


PROPACPAYLESS PHARMACY
PO BOX 6989
PORTLAND, OR 97228-6989


PUBLIC HOSP DIST. NO 1 -
VALLEY MEDICAL
PO BOX 34551
SEATTLE, WA 98124


PUGET SOUND ENERGY
10885 NE 4TH STREET
BELLEVUE, WA 98004


QUADIENT FINANCE USA, INC.
PO BOX 6813
CAROL STREAM, IL 60197-6813


R&T HOOD AND DUCT
SERVICES, INC.
6100 12TH AVE S
SEATTLE, WA 98108-2768


REGENCE BLUESHIELD
PO BOX 2597
PORTLAND, OR 97208-2597


RENTON H.C.R.
80 SW 2ND STREET
RENTON, WA 98057


RESTAURANT EQUIP. SRVC
14004 144TH AVE SE
RENTON, WA 98059

```
RICOH - WELLS FARGO
VENDOR FINANCIAL SVS
PO BOX 650073
DALLAS, TX 75265


ROTO-ROOTER SERVICES COMPANY
5672 COLLECTIONS CTR DR
CHICAGO, IL 60693-0056


SAMMY ZACK
7304 BEVERLY BLVD, #238
LOS ANGELES, CA 90036


SCHRYVER MEDICAL
12075 E 45TH AVE #600
DENVER, CO 80239-2519


SECURE IT SELF STORAGE
2121 SOUTH ORCHARD STREET
TACOMA, WA 98466


SHI INTERNATIONAL CORP
290 DAVIDSON AVE
SOMERSET, NJ 08873


SIMPLELTC TC SYSTEMS INC
2435 N CENTRAL EXPY #1510
RICHARDSON, TX 75080


SIMPSON, UCHITEL & WILSON, LLP
ONE AMERIS CENTER, #1100
3490 PIEDMONT RD NE
ATLANTA, GA 30305


SIZEWISE RENTALS
BRITTANY MCCAMPBELL
204 W. 2ND STREET
ELLIS, KS 67637


SIZEWISE RENTALS
ATTN: ACCOUNTS RECEIVABLE
PO BOX 320
ELLIS, KS 67637
```

SMART CARE EQUIPMENT SOLUTIONS
EEC ACQUISITION LLC
PO BOX 74008980
CHICAGO, IL 60674-8980


SMILE SEATTLE DENTURES
419 SOUTH 4TH STREET
RENTON, WA 98057


SOUND HEALTH MEDICAL SUPPLY
2811 S 12TH STREET
TACOMA, WA 98405


SPECIALIZED MEDICAL SERVICES
7237 SOLUTION CENTER
CHICAGO, IL 60677-7002


SPRAGUE PEST SOLUTIONS
PO BOX 35129
SEATTLE, WA 98124


SR. LIVING INVESTMENT BROKERAG
490 PENNSYLVANIA AVE
GLEN ELLYN, IL 60137


SS LANDSCAPING SERVICES INC
10219 PORTLAND AVE E #D
TACOMA, WA 98445


ST CLARE HOSPITAL
11315 BRIDGEPORT WAY SW
TACOMA, WA 98499


STANLEY CONVERGENT
SECURITY SOLUTIONS, INC
DEPT. CH 10651
PALATINE, IL 60055


STANLEY HEALTHCARE
DEPT. CH 10504
PALATINE, IL 60055-0504

STAPLES CONTRACT & COMM INC-
STAPLES ADV
PO BOX 660409
DALLAS, TX 75266-0409


STERICYCLE
P.O. BOX 6578
CAROL STREAM, IL 60197-6578


SUN MAR MANAGEMENT SERVICES
ATTN BILL PRESNELL
3050 SATURN STREET #201
BREA, CA 92821


SUPPLEMENTAL HEALTH CARE
PO BOX 677896
DALLAS, TX 75267-7896


SWS EQUIPMENT
PO BOX 1304
SPOKANE VALLEY, WA 99213-3040


SYSCO SEATTLE, INC
P.O. BOX 97054
KENT, WA 98064


TACOMA-PIERCE COUNTY
HEALTH DEPARTMENT
3629 SOUTH D STREET
TACOMA, WA 98148


TALBOT R.C.
4430 TALBOT ROAD SOUTH
RENTON, WA 98055


TALLGRASS TECHNOLOGIES
14647 W 95TH ST
LENEXA, KS 66215


TAX ADVISORS PLLC
203 SE PARK PLAZA DR #230
VANCOUVER, WA 98684

```
THE CAPITAL FORESIGHT L.P.
2980 BEVERLY GLEN CIRCLE
SUITE 300
LOS ANGELES, CA 90077


THE HARTFORD
PO BOX 660916
DALLAS, TX 75266-0916


THE NATHANSON GROUP PLLC
ONE UNION SQUARE
600 UNIVERSITY ST #2000
SEATTLE, WA 98101


THE REPAIR WORKS
8812 36TH ST. W
TACOMA, WA 98466


TOTALFUNDS
PO BOX 6813
CAROL STREAM, IL 60197-6813


TUELL & YOUNG, P.S
1457 S UNION AVENUE
TACOMA, WA 98405


TWIN MED EQUIPMENT & SERVICES
ATTN: TWINMED
P.O. BOX 782945
PHILADELPHIA, PA 19178-2945


TWINMED LLC
P.O. BOX 847340
LOS ANGELES, CA 90084-7340


UNIVERSITY PLACE REFUSE
2815 RICGESTER STREET
TACOMA, WA 98466


UNUM LIFE INSURANCE COMPANY
OF AMERICA
PO BOX 409548
ATLANTA, GA 30384-9548
```

US FOODS , INC.
P.O. BOX 94781
SEATTLE, WA 98124-7081


US HEALTHWORKS MED GROUP
OF WASHINGTON
PO BOX 50046
LOS ANGELES, CA 90074-0046


US STANDARD PRODUCTS
PO BOX 5509
ENGLEWOOD, NJ 07631


VALCOM SALT LAKE CITY
  LC - VLCM
852 E ARROWHEAD LN
SALT LAKE CITY, UT 84107


VCPI
1555 N RIVERCENTER DR #202
MILWAUKEE, WI 53212


VSP
3333 QUALITY DR
RANCHO CORDOVA, CA 95670


WA ATTY GENERAL
BANKRUPTCY & COLLECTION UNIT
800 FIFTH AVE #2000
SEATTLE, WA 98104


WA DEPT OF REVENUE
PO BOX 34974
SEATTLE, WA 98124


WA DEPT OF REVENUE
ATTN BRIAN PICKERING
734 E FIRST ST # SUITE B
PORT ANGELES, WA 98362


WA DEPT OF REVENUE
BANKRUPTCY & CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121

```
WA STATE DEPARTMENT
  OF LABOR & INDUSTRIES
BANKRUPTCY UNIT
PO BOX 44171
OLYMPIA, WA 98504


WASHINGTON ALARM, INC
2030 AIRPORT WAY S
SEATTLE, WA 98134


WASHINGTON AUTOMATED INC
5801 23RD DR W #103
EVERETT, WA 98203


WASHINGTON HEALTH CARE ASSOC
303 CLEVELAND AVE SE
TUMWATER, WA 98501


WEST COAST GREASE TRAPS LLC
10926 VALLEY AVE E
PUYALLUP, WA 98372


WHISTLEBLOWER SECURITY INC
1455 BELLEVUE AVE. #300
WEST VANCOUVER, BC V7T 1C3
CANADA


WILLAMETTE DENTAL GROUP
3866 S 74TH STREET#200
TACOMA, WA 98409


WILSON AIR TECHNOLOGIES INC
5045 S YAKIMA AVE
TACOMA, WA 98408
```

# United States Bankruptcy Court
## Western District of Washington

In re  **University Place Rehabilitation Center, LLC**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **University Place Rehabilitation Center, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 21, 2023**

Date

**/s/ J. Todd Tracy WSBA**

**J. Todd Tracy WSBA #17342**

Signature of Attorney or Litigant

Counsel for   **University Place Rehabilitation Center, LLC**

**The Tracy Law Group PLLC**
**1601 Fifth Ave. Ste 610**
**Seattle, WA 98101**
**206-624-9894 Fax:206-624-8598**